GORDON JORIS et al., Respondents, v UMF CAR & LIMO SERVICE et al., Appellants, et al., Defendant. [919 NYS2d 360]—

The appellants failed to meet their prima facie burden of showing that the plaintiff did not sustain a serious injury within the meaning of Insurance Law § 5102 (d) as a result of the subject accident (*see* *Toure v Avis Rent A Car Sys.*, 98 NY2d 345 [2002]; *Gaddy v Eyler*, 79 NY2d 955, 956-957 [1992]).

Since the appellants did not sustain their prima facie burden, it is unnecessary to determine whether the papers submitted by the plaintiffs in opposition were sufficient to raise a triable issue of fact (*see* *Linton v Nawaz*, 14 NY3d 821, 822 [2010]; *Bright v Moussa*, 72 AD3d 859, 860 [2010]; *Menezes v Khan*, 67 AD3d 654, 654-655 [2009]). Mastro, J.P., Angiolillo, Balkin, Lott and Miller, JJ., concur.